FILED
2021 Feb-03  AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SIP OPERATING CORP.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Civil Action No.:** |
| | ) |
| **WOODGRAIN INC. F/K/A WOODGRAIN MILLWORK, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, **Woodgrain Inc.,** pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.4 for the Northern District of Alabama, and makes the following disclosures:

1. Woodgrain is a corporation organized under the laws of the state of Oregon with its principal place of business in Fruitland, Idaho.

2. Woodgrain has no parent corporation and no publicly-held corporation owns more than 10% of its stock.

{DOC# 00709154}

                                          */s/ Evan P. Baggett*
                                          Evan P. Baggett (asb-5568-v79b)
                                          Attorney for Defendant

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:  (205) 822-2006
Facsimile:   (205) 822-2057
E-mail:       ebaggett@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2021, I have served a copy of the above and foregoing on counsel for all parties by:

    \_\_\_\_\_Facsimile transmission;
    \_\_\_\_\_Hand Delivery;
    \_\_\_\_\_Electronic Mail;
    \_\_\_\_\_ Placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid to; and/or
    __X__ Using the Alafile or CM/ECF system which will send notifications of such to the following:

R. Ryan Daugherty, Esq.
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
rdaugherty@sirote.com

                                          */s/ Evan P. Baggett*
                                          **OF COUNSEL**