FILED
2021 Feb-15  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **SIP OPERATING CORP.,** | ) |
| **PLAINTIFF,** | ) |
| v. | ) CASE NO. 1:21-CV-00169-ACA |
| **WOODGRAIN INC. F/K/A WOODGRAIN MILLWORK, INC.,** | ) |
| **DEFENDANT.** | ) |

### DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4

Pursuant to Fed. R. Civ. P. 7.1 to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for SIP Operating Corp. ("SIP") in the above-captioned action certifies that the general nature and purpose of the foregoing entity was the ownership and leasing of commercial property in Anniston, Alabama.

1. SIP is a corporation that maintains its principal place of business in Rosemont, Illinois.

2. SIP's parent company is BIG SIP LLC.

3. There is no publicly held entity that owns 10% or more of SIP's stock or 10% or more of BIG SIP LLC's stock.

DOCSBHM\2345640\2

        *s/ R. Ryan Daugherty*
        R. Ryan Daugherty (ASB-1653-b34d)
        Attorneys for Plaintiff
        SIP Operating Corp.

**OF COUNSEL:**
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:   (205) 930-5335
rdaugherty@sirote.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system, which will send notification of such filing to the following:

Evan T. Baggett
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057
E-mail: ebaggett@carrallison.com

        */s/ R. Ryan Daugherty*
        Of Counsel

DOCSBHM\2345640\2